

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-18-00917-CV |
| Trial Court Cause Number: | 93025-CV |
| Style: | In re Commitment of Billy Joe Burd |
| | |
| Date motion filed*: | September 23, 2020 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | State |
| Document to be filed: | Response to Appellant's Motion for Rehearing |

Is appeal accelerated? ☐ Yes ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | October 6, 2020 |
| Number of previous extensions granted: | 0 |
| Date Requested: | 30 days |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **November 6, 2020**

    ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually      ☐ Acting for the Court

Date: September 29, 2020